# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

January 3, 2008

Jose Esteban Domino-Maritinez
Lompoc US Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436

RE: Domingo-Martinez v. USA

You are hereby notified that the above entitled case was on 01/02/2008 transferred from the USDC Central District Western Division to the U.S. District Court, Southern District of California. The case will now contain the case number of the Southern District, and the initial of the assigned Judge. The case has been assigned to the Honorable Larry A. Burns, and on all future filings please show the case number as 08cv5 LAB.

W. Samuel Hamrick, Jr.
Clerk of Court

By:    s/M. Zvers
          M. Zvers, Deputy Clerk